STATE of Missouri, Respondent,

v.

Conrad M. DOUBILET, Appellant.

No. WD 40684.

Missouri Court of Appeals, Western District.

May 1, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of one count of sexual abuse in the first degree, § 566.100, RSMo 1986, and one count of sodomy, § 566.060, RSMo 1986, and sentence of fifteen years on the sodomy count and a concurrent five year sentence on the sexual abuse count. Also an appeal from the denial of relief under Rule 29.15.

Affirmed. Rules 84.16(b) and 30.25(b).